## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA PINELLI,                                          :
                Plaintiff,                    :
                                :
            v.                              :    Civil No.:  5:25-cv-05599-JMG
                                :
HEALTH NETWORK LABORATORIES, LLC,    :
                Defendant.                    :

### ORDER

**AND NOW**, this 20th day of May, 2026, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 10), Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss (ECF No. 11), and Defendant's Reply Brief in Suuport [sic] of its Motion to Dismiss Plaintiff's Complaint (ECF No. 14), **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 10) is **GRANTED in part**.

**IT IS FURTHER ORDERED** as follows:

1.      Defendant's request to strike time-barred allegations is **DENIED**.

2.      Defendant's motion to dismiss Plaintiff's ADA and PHRA claims for disability discrimination (Counts I and IV), hostile work environment (Counts I and IV), retaliation (Counts I and IV), and associational disability discrimination (Counts II and V, improperly numbered as Count II) is **DENIED**.

3.      Defendant's motion to dismiss Plaintiff's ADA and PHRA claims for failure to accommodate (Counts I and IV) is **GRANTED without prejudice**.

4.      Defendant's motion to dismiss Plaintiff's FMLA interference claim (Count III) is **GRANTED with prejudice**.

5.      Defendant's motion to dismiss Plaintiff's FMLA retaliation claim (Count III) is

**DENIED**.

6.      Defendant **SHALL** file an Answer by no later than **June 3, 2026**.


BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge